UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: ANTONIO N. ROSS | : | |
| | : | |
| | : | Case No. 12-25808 |
| | : | |
| Debtor. | : | Chapter 7 |

## MOTION FOR AVOIDANCE AND RECOVERY
## OF PREFERENTIAL TRANSFERS UNDER SECTION 547(b)

Debtor, through counsel, respectfully request that the transfer of preferential funds be avoided and allow the Debtor to recover said funds from Ford Motor Credit Compnay (the "Creditor").  In support of this request, counsel states as follows:

1. On August 28, 2012, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On or about June 11, 2001, the Creditor obtained a civil judgment against the Debtor in the District Court of Maryland for Prince George's County.  On or about December 12, 2008, the Creditor obtained a writ of attachment on a judgment, and $1,256.27 was garnished during the ninety-day period preceding the filing of the Debtor's Chapter 13 petition on August 28, 2012 (See Supporting Attachment).

3. The amount set forth in the preceding paragraph is exempt from execution under the provisions of 11 U.S.C. sec. 522(d)(5).

4. The transfer of the Debtor's interest qualifies as a preference under Section 547 of the Bankruptcy Code; it was made for the benefit of a Creditor on account of an antecedent debt within 90 days before the filing of the petition, and it enabled the Creditor to receive more than it otherwise would have in Debtor's chapter 7 bankruptcy.

5.     The transfer is avoidable by the Trustee under Section 547 of the Bankruptcy Code, and the Trustee has made/will make no effort to avoid the transfer.

6.     The Debtor is entitled to avoid the transfer under Section 522(h) of the Bankruptcy Code.

7.     Creditor is in possession of garnished funds.

WHEREFORE, the debtor move this honorable court to schedule a hearing as provided in Bankruptcy Rules 4003(d) and 9014, and thereafter enter an order avoiding the preferential transfer to Linda M. Green; directing the Creditor to return the garnished funds obtained within the ninety days preceding August 28, 2012 to the Debtor forthwith; and for any other relief the Court may find appropriate.

By     /s/ Kevin Judd
Kevin D. Judd
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C.  20004
Telephone: 202-483-6070

CERTIFICATE OF SERVICE

       I hereby certify that on November 27, 2012, a copy of the foregoing Motion was electronic transmitted or mailed, first class to:

Michael J. Klima, Jr.
Thieblot Ryan P.A.
810 Glen Eagles Court, Suite 312
Baltimore, MD 21286-2237


                                       /s/ Kevin Judd
                                       Kevin D. Judd

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:   ANTONIO N. ROSS           :
                                   :
                                   :   Case No. 12-25808
                                   :
                  Debtor.          :   Chapter 7


**NOTICE OF MOTION AND TIME TO RESPOND TO MOTION FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS UNDER SECTION 547(b)**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY (21) DAYS OF NOVEMBER 27, 2012, THE DATE OF THIS NOTICE**, if you wish to object to the Motion for Avoidance and recovery of preferential Transfers under Section 547(b), you must file and serve a written objection to this motion and a proposed order under Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd floor, located at 6500 Cherrywood Lane, Greenbelt, MD, and served (by delivery or mailing of copies) upon the undersigned.  The opposition may append affidavits and documents you wish to attach in support of your claim.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING**.  The Court may grant the motion without a hearing, in its discretion, if the objection filed states inadequate grounds for denial.  You may file and serve with or include in the objection a request for hearing which may be held in the Court's discretion.

Dated: November 27, 2012

                                By    /s/ Kevin Judd_____
                                      Kevin D. Judd
                                      Attorney for Debtor
                                      601 Pennsylvania Avenue, NW
                                      Suite 900 - South Building
                                      Washington, D.C.  20004
                                      Telephone: 202-483-6070

CERTIFICATE OF SERVICE

       I hereby certify that on November 27, 2012, a copy of the foregoing Notice was electronic transmitted or mailed, first class to:

Michael J. Klima, Jr.
Thieblot Ryan P.A.
810 Glen Eagles Court, Suite 312
Baltimore, MD 21286-2237

Ford Motor Credit Company, LLC
1335 S. Clearview Avenue
Mesa, AZ 85208

                                         /s/ Kevin Judd
                                         Kevin D. Judd

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: ANTONIO N. ROSS | : | |
| | : | |
| | : | Case No. 12-25808 |
| | : | |
| Debtor. | : | Chapter 7 |

**ORDER**

Upon consideration of Debtor's Motion for Avoidance and Recovery of Preferential Transfers under Section 547(b), and the entire record herein, it is

ORDERED that preferential transfer of approximately $1,256.27 to Ford Motor Credit Company, LLC by the debtor via wage garnishment is hereby avoided, it is

FURTHER ORDERED, that Ford Motor Credit Company, LLC should immediately turn over the funds that were garnished from the debtor wages within the preferential period of ninety days before the filing of this instant case.

Copies to:

Michael J. Klima, Jr.
Thieblot Ryan P.A.
810 Glen Eagles Court, Suite 312
Baltimore, MD 21286-2237

Ford Motor Credit Company, LLC
1335 S. Clearview Avenue
Mesa, AZ 85208

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - South Bldg.
Washington, DC 20004

Antonio N. Ross
Charlene N. Ross
11200 Lockwood Drive, #113
Silver Spring, MD 20901

                              End of Order