**THIEBLOT RYAN P.A.**

ATTORNEYS AT LAW
810 GLEN EAGLES COURT
SUITE 312
BALTIMORE, MARYLAND 21286-2237

OFFICE: 410-837-1140
FAX LINE: 410-296-4990
WASHINGTON LINE: 202-628-8223

WEBSITE: www.trm-h.com

September 10, 2012

Kevin D. Judd, Esquire
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004

    Re:    Antonio N. Ross
            Bankruptcy Number 12-2-5808
            My File Number 00-2705

Dear Mr. Judd:

       As you know, I represent Ford Motor Credit Company, which is one of the Debtor's creditors. This is in response to your facsimile of August 29, 2012 wherein the Debtor requests the return of those monies allegedly remitted to my client pursuant to a wage garnishment during the preferences period. Attached to that facsimile were several payroll statements from the Debtor's employer which purport to show those amounts deducted from the Debtor's wages and remitted to my firm pursuant to the wage garnishment. However, the amount I received does not even approach the amount of deductions made as reflected on those payroll statements. I received a total of $1,256.27 pursuant to the garnishment. The remittances of that amount to me do not correspond with any of those deductions shown on the payroll statements. As such, I am unable to determine how much, if any, of the remittances were deducted during the preferences period.

       Given the problems outlined herein, my client will not return any monies to the Debtor at this time. Should you receive an explanation from the Debtor's employer regarding its failure to remit deductions shown on the payroll statements and the difference between the deduction amounts and remittances actually received, feel free to forward the same to me so I may reconsider the Debtor's preferences claim.

                                 Very truly yours,

                                   Michael J. Klima, Jr.

**Payment history for Antonio Ross**

**Payee: Thieblot & Ryan**

| Issue Date | Check No. | Total Amount of check | Payment for Ross | |
|---|---|---|---|---|
| 7/27/2012 | 701177 | $ 10,636.23 | $ 721.79 | ⎤ |
| 6/29/2012 | 700297 | $ 13,001.49 | $ 509.72 | ⎬ −1,256.27 |
| 6/12/2012 | 699529 | $ 9,742.34 | $ 24.76 | ⎦ |
| 5/8/2012 | 698482 | $ 10,059.46 | $ 205.37 | |
| 4/6/2012 | 697316 | $ 11,689.26 | $ 122.65 | |
| | | | $ 1,584.29 | |