UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: ANTONIO N. ROSS | : | |
| | : | Adversary # |
| v. | : | |
| | : | Case No. 12-25808 |
| FORD MOTOR CREDIT COMPANY, LLC | : | |
| | : | |
| Debtor. | : | Chapter 7 |

**COMPLAINT FOR RECOVERY
OF PREFERENTIAL TRANSFERS UNDER SECTION 547(b)**

Debtor, through counsel, respectfully request that the transfer of preferential funds be avoided and allow the debtor to recover said funds from Ford Motor Credit Company, LLC. In support of this request, counsel states as follows:

1. On August 28, 2012, the debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On or about June 11, 2001, the Creditor obtained a civil judgment against the Debtor in the District Court of Maryland for Prince George's County. On or about December 12, 2008, the Creditor obtained a writ of attachment on a judgment, and $1,256.27 was garnished during the ninety-day period preceding the filing of the Debtor's Chapter 13 petition on August 28, 2012 (See Supporting Attachment).

3. The amount set forth in the preceding paragraph is exempt from execution under the provisions of 11 U.S.C. sec. 522(d)(5).

4. Creditor is in possession of garnished funds.

5. The transfer of the Debtor's interest qualifies as a preference under Section 547 of

the Bankruptcy Code; it was made for the benefit of a Creditor on account of an antecedent debt within 90 days before the filing of the petition, and it enabled the Creditor to receive more than it otherwise would have in Debtor's chapter 7 bankruptcy.

6. The Debtor is entitled to avoid the transfer under Section 522(h) of the Bankruptcy Code.

7. An order shall be entered to avoid the preferential transfer to Ford Motor Credit Company, LLC; directing the Creditor to return the garnished funds obtained within the ninety days preceding August 28, 2012 to the Debtor forthwith; and for any other relief the Court may find appropriate.

By   /s/ Kevin Judd_____
Kevin D. Judd
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C. 20004
Telephone: 202-483-6070

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 12, 2013, a copy of the foregoing Complaint was electronic transmitted or mailed, first class to:

Laura J. Margulies, Trustee
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852

Michael J. Klima, Jr., Esq.
Thieblot Ryan P.A.
810 Glen Eagles Court, Suite 312
Baltimore, MD 21286-2237

Ford Motor Credit Company, LLC
1335 S. Clearview Avenue
Mesa, AZ 85208

                                                /s/ Kevin Judd
                                                Kevin D. Judd